NORCOTT, J., did not participate in the consideration or decision of this petition.

*Lisa J. Steele*, special public defender, in support of the petition.

*Denise B. Smoker*, assistant state's attorney, in opposition.

Decided January 28, 1999

STATE OF CONNECTICUT *v.* DARREN JONES

The defendant's petition for certification for appeal from the Appellate Court, 51 Conn. App. 126 (AC 17123), is denied.

*David A. Golas* and *David A. Golas II*, in support of the petition.

*John A. East III*, assistant state's attorney , in opposition.

Decided January 28, 1999

STATE OF CONNECTICUT *v.* NATHANIEL MCDUFFIE

The defendant's petition for certification for appeal from the Appellate Court, 51 Conn. App. 210 (AC 17650), is denied.

*Louis S. Avitabile*, special public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, assistant state's attorney, in opposition.

Decided January 28, 1999